FRANK C. EDWARDS et al., respondents,

*v.*

EDWARD OAKES et al., appellants.

[Argued November 23d, 1910.    Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevenson.

*Mr. Albert C. Pedrick,* for the respondents.

*Mr. Edward Oakes,* for the appellants.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Stevenson.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, CONGDON—13.

*For reversal*—None.